# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11-cv-00188-MR-DLH

| | |
|---|---|
| **SYNOVUS BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **THOMAS P. BALLAS,** ) | |
| ) | |
| Defendants/ ) | |
| Third-Party ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| **SYNOVUS FINANCIAL CORP. d/b/a** ) | |
| **National Bank of South Carolina,** ) | |
| **et al.,** ) | |
| Third-Party ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the report of the mediator advising that this case has been completely settled. [Doc. 39].

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall have thirty (30) days from the entry of this Order in which to file a stipulation of dismissal.

**IT IS SO ORDERED.**  Signed: August 22, 2013

Martin Reidinger
United States District Judge